# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ROBERT L. ORD**

                       **Plaintiff**

**v.**

**DISTRICT OF COLUMBIA**

                       **Defendant**

**Case Number
1:08-CV-00704**

**Judge John D. Bates**

## ORDER OF PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 (a), the Plaintiff has moved for a Temporary Restraining Order and for a Preliminary Injunction.  The Plaintiff seeks an Order restraining the Defendant, its officers, members, agents, servants, employees, attorneys and those acting in active concert or participation with them from certain conduct and activities.

Upon consideration of Plaintiff's Complaint, Affidavits, Exhibits, the examination of witnesses and argument of counsel, if any, the Court finds that the Defendant and its counsel were given notice of the Plaintiff's intention to move herein for a Preliminary Injunction and that the Defendant was given the opportunity to respond.

The Court further finds that the Plaintiff's motion is well taken and that it clearly appears that (1) there is a substantial likelihood the Plaintiff will prevail on the merits of his Complaint; (2) the Plaintiff will suffer immediate and irreparable injury unless an injunction issues; (3) an injunction will not substantially injure the Defendant; (4) and that the public's interest is best served by the granting of the injunction.

Therefore, the Plaintiff is entitled to such an injunction against the Defendant as hereinafter set forth:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that as of today's date, and until such time as the Plaintiff's Complaint is adjudicated before this Court, the Defendant, its officers, agents, members and employees and those in active concert and participation with said Defendant and all other persons to whom knowledge of this order shall come, be and hereby are enjoined and restrained from arresting or prosecuting the Plaintiff for any alleged violation of D.C. Code § 7-2502.1 or other alleged weapons violation in which the Plaintiff would be entitled to exemption as a law enforcement officer.

SO ORDERED, this _____ day of _____, 2008

_____
                                                                                Judge