# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT ORD

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA

Case: 1:08-cv-00704
Assigned To : Bates, John D.
Assign. Date : 4/24/2008
Description: Civil Rights-Non. Employ.

TO: (Name and address of Defendant) DISTRICT OF COLUMBIA

SERVE TO: MAYOR ADRIAN FENTY
JOHN A. WILSON BUILDING
1350 PENNSYLVANIA AVE NW
WASHINGTON DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW AUGUST LEFANDE
ATTORNEY AT LAW PLLC
4585 N. 25TH ROAD
ARLINGTON VA 22207

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          APR 24 2008

CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | APRIL 25, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mohamed Eltahir | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: EXECUTIVE OFFICE OF THE MAYOR AND THE OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION 6TH FL SOUTH 441 4TH ST. NW WASHDC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ALSO BY CERTIFIED MAIL RETURN RECEIPT REQUESTED POSTAGE PREPAID TO OAG

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | 2 x $75.xx | $150.xx |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04/25/2008
Date

Signature of Server

Address of Server: 2004 N. 21st Street Arlington, VA 22201

County/City of ARLINGTON
Commonwealth of VIRGINIA
...was subscribed and sworn to me this 25th day of APRIL 2008.
MOHAMED ELTAHIR
(acknowledgment)
My commission expires: 8.31.2009

MATTHEW AUGUST LaPADE
Notary Public - Commonwealth of Virginia
Notary Registration Number 365009
My Commission Expires August 31, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.