UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT L. ORD

    Plaintiff

v.

DISTRICT OF COLUMBIA

    Defendant

Case Number
1:08-CV-00704

Judge John D. Bates

## STATEMENT OF ROBERT ORD

1. I am Robert Lewis Ord of Haymarket, Virginia.

2. I am 39 years old. I hold Bachelor's Degree in Psychology from University of South Carolina and an MBA from Templeton University.

3. I have previously served as a Deputy Sheriff in Collier County, Florida and Culpeper, Virginia.

4. I have no criminal record of any kind.

5. I started my security company, Falken Industries, in 2003. I am the sole owner. My company presently has over forty employees and approximately two million dollars in annual revenue. This is presently my sole means of support for myself and my wife.

6. Falken Industries has a facilities clearance with the United States Government. I am the designated Key Management Person for the company. I personally have a current Secret Clearance and I have currently qualified, and have previously held, a Top Secret Clearance.

7. Falken Industries obtained a private security business license from the Virginia Department of Criminal Justice Services in April, 2003.

8. I was appointed an armed Special Conservator of the Peace in Loudoun County, Virginia on August 24, 2005 and Orange County, Virginia on June 8, 2007. Both of these orders remain in good standing today.

9. I was issued a Concealed Handgun Permit by the Culpeper County Circuit Court on October 1, 2002. The Court renewed the permit on October 15, 2007 and is valid until 2012. I am not in any matter, legally disqualified from possessing firearms under Federal or Virginia law.

10. Falken Industries obtained Detective Agency License # 3036 from the Metropolitan Police Department in 2006. The license was renewed in 2007 is valid until 2009.

11. Falken Industries entered into a contract in 2006 with Mervis Diamond Importers to provide armed security services at the Mervis retail store in Washington DC, as well as their retail stores in Northern Virginia. The contract renders approximately $300,000.00 per year in revenue for my company.

12. On March 28, 2008, my office received a phone call from a person who said they represented the District of Columbia government regarding security at the CDI Head start school at 444 16th street NE in Washington, DC.

13. Based upon this telephone conversation, I made contact with the administration of the school and subsequently entered into a contract for the provision of armed security services at the school. The contract was signed on March 30, 2008. The contract provided for approximately $72,800.00 in services per year for one guard.

14. On April 4, 2008, I received a phone call from Sgt. Sanchez of the Security Officers Management Branch of MPD regarding the school security contract. I discussed with him specific requests made by the school, including a request that our officers be in blazers rather than security guard uniforms.

15. Sgt. Sanchez acknowledged the requests and stated that he needed to have this information on file and said that I needed to write a request to have a "Uniform Waiver" and note down that our officers would be in blazers. He added that he needed to have the weapons serial numbers that were assigned to the security officers at the site. He dictated specific details for me to put in the letter including the circumstances of a shooting that had occurred at the school that precipitated the school's request for our services.

16. This waiver was faxed to SOMB along with a list of all company firearms and a follow up call was made to Sgt. Sanchez later that day. Sgt. Sanchez stated that the waiver was sent to Lt. Shelton of SOMB, and that all things looked "OK", and if there was a problem he would contract me directly. I provided him my cell phone number.

17. On April 7, 2008, at approximately 10:00 am, our office was notified by Jasmine Daniel of the school that our security officers were being arrested. I immediately contacted the school and was put in touch with Detective Marshall, who informed me that my employees were being arrested for not having permits to carry weapons in the District of Columbia. She claimed that the Chief's office had tipped them off that there was an illegal security operation at the school. She also incorrectly stated that we did not have a business license with SOMB.

18. After I was notified the officers were in custody and that they were being booked on possession of firearms without a permit, I immediately attempted to contact Sgt. Sanchez and left several messages for him and Lt. Shelton. They did not return my phone calls.

19. A Metropolitan Police Officer called me and repeatedly asked that I come to get Mr. Wageman's car from the school. I refused. I later learned from the school administrators that MPD officers were "staking out" the car at the school waiting for me to come so they could arrest me.

20. I learned that my employees were held and questioned at the SOMB office past the cutoff time for booking into the jail. They were forced to stay in jail overnight, even though they had been arrested prior to 10:00am.

21. On April 21 2008, I received a phone call from Sgt. Moye of SOMB who explained that I needed to come in and turn myself in as a warrant had been issued for my arrest "for possession of firearms in the District without a permit". He added that if I did not come in, that I could be picked up while driving in Virginia, and then this may cause a lengthy extradition and transport to the DC Jail.

22. I became very upset and concerned that I might be arrested. I was concerned that I would be arrested by the local police department and then be held for several days pending extradition. As a police officer, I was concerned for my safety if I was jailed in either Virginia or the District of Columbia. I immediately called my attorney for help.

23. The following morning, Attorney LeFande informed me that he had met with the prosecutor's office and that the warrant was withdrawn. He played a message for me over the phone that he had received as a voicemail that the warrant was no longer active.

24. That day, I noticed what appeared to be a DC Metropolitan Police Officer driving an unmarked police cruiser near my office in Manassas. The officer stopped, clearly looked in the direction of our building, and then drove to a parking lot to further observe our location. I was able to identify his shoulder patch and uniform as a Metropolitan Police Officer.

25. Approximately two hours later, Attorney LeFande received an email from a prosecutor stating to disregard the prior notification and that the warrant was still active.

26. When I returned to my office later that day, I noticed another unmarked police cruiser parked at a similar location observing my office.

27. From my understanding, this warrant was for possession of firearms at a time when I was never in the District of Columbia. I believed the arrest warrant was unlawful, that I was being unjustly prosecuted and that my freedom and wellbeing were in immediate danger. I also believed that my arrest, however unlawful, would jeopardize my personally security clearance and my company's facilities clearance. I decided to not turn myself in and to immediately leave the area until this matter was resolved.

28. I left the area, leaving my wife and my business behind. I stayed in a hotel for several days and was unable to tend to my business affairs. I became despondent and paranoid.

29. I did not return until Attorney LeFande informed me by telephone that the warrant was dismissed. I paid Attorney LeFande several thousand dollars for his efforts to have the warrant quashed.

30. I remain very upset and paranoid that MPD will attempt to arrest me again. While I was once able to enter the District of Columbia with my firearm as a police officer, I can no longer do so for fear of my unlawful arrest. It is impossible for me to go from one location in Virginia where I need my firearm to perform my duties to another location in the District of Columbia. I have no means to secure and leave my gun somewhere when I enter the District of Columbia.

31. As a direct result of the arrests of my employees and the unlawful issuance of the warranty for my arrest, as well as my continued fear of being arrested in the future, my company has now abandoned our contracts in the District of Columbia, both with the school and with Mervis Diamond Importers.

32. I am now concerned that our abandonment of our contract with Mervis in the District of Columbia will jeopardize the remainder of the contract for their locations in Virginia.

I swear and affirm the preceding statement is true to the best of my information and belief, this fourteenth day of May, 2008.

_____
Robert L. Ord.

Sworn and subscribed before me in Arlington, Virginia, this fourteenth day of May, 2008.

_____
Notary Public

MATTHEW AUGUST LeFANDE
Notary Public - Commonwealth of Virginia
Notary Registration Number 365009
My Commission Expires August 31, 2009



4