UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT L. ORD**<br><br>                              **Plaintiff**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**<br><br>                              **Defendant** | Case Number<br>1:08-CV-00704<br><br>Judge John D. Bates |

**CONSENT MOTION TO REDACT PERSONALLY IDENTIFIABLE
INFORMATION FROM PLAINTIFF'S EXHIBITS**

The Plaintiff, by counsel and with consent of Defendant's Counsel, hereby moves this Court to redact personally identifiable information from the Plaintiffs' Exhibits A and C.

**Points and Authorities in Support of this Motion:**

The last page of Plaintiff's Exhibit A is an Addendum containing the Plaintiff's Social Security Number. Each page of the Plaintiff's Exhibit C contains the Plaintiff's date of birth. This personal information is not probative to the cause of action presently before the Court.

*See* LCvR 5.4(f).

In general, there is a "strong presumption in favor of public access to judicial proceedings." Johnson v. Greater Southeast Community Hosp. Corp., 951 F.2d 1268, 1277 (D.C. Cir. 1991). "[T]his presumption can be overcome based on the following six factors: (1) the need for public access to the documents at issue; (2) the extent of previous public access to the documents; (3) the fact that someone has objected to the disclosure,

and the identity of that person; (4) the strength of any property and privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings." In re Sealed Case 00-5116, 237 F.3d 657, 666 (D.C. Cir. 2001) (citing United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980)).

The information offers no probative value to the Plaintiff's cause of action or the Defendant's defenses, and furthers no other purpose to these proceedings. There exists no public need to access the personal information contained within these documents.

## Conclusion

For these reasons, and for other such reasons as the Court finds to be good and sufficient cause, the Plaintiff's personally identifiable information as contained within the Plaintiff's Exhibits should be redacted from the record. A proposed Order and redacted copies of the Exhibits are attached. The Defendant's counsel consents to this Motion.

Respectfully submitted, this 16th day of May, 2008,

_____
Matthew August LeFande
DC Bar #475995
4585 North 25th Road
Arlington VA 22207
Tel: (202) 657-5800
Fax: (202)318-8019
email: matt@lefande.com
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT L. ORD**<br><br>                              **Plaintiff**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**<br><br>                              **Defendant** | **Case Number**<br>**1:08-CV-00704**<br><br>**Judge John D. Bates** |

**ORDER**

The Plaintiff has moved to redact personally identifiable information from his Exhibits A and C.   The Defendant consents.

IT IS HEREBY ORDERED:

The Clerk shall replace Plaintiff's Exhibits A and C in the record with the redacted copies provided by the Plaintiff as attached to his Motion.

SO ORDERED, this _____ day of _____, 2008

_____
                                        Judge

**VIRIGINIA:**

## IN THE CIRCUIT COURT OF ORANGE COUNTY

IN RE: }
APPOINTMENT OF **ROBERT L. ORD** AS } At Law No. CL07000094
SPECIAL CONSERVATOR OF THE PEACE }
}

### ORDER OF APPOINTMENT OF SPECIAL CONSERVATOR OF THE PEACE

**WHEREAS**, this matter comes before the COURT upon the Application of Brian L. Smith, the President and Compliance Agent for Paradigm Investigations, Inc. ("Applicant"), with a mailing address of Post Office Box 917 in the Town of Locust Grove, Virginia 22508 pursuant to Virginia Code 19.2-13(A), for the Appointment of Robert L. Ord ("Appointee") as a Special Conservator of the Peace; and

**WHEREAS,** the Court finds, pursuant to Va. Code 19.2-13(E) that the following information about the Appointee is true and correct:

**Complete Legal name:** Robert L. Ord
**Current Residence Address:** SEE ADDENDUM – RESTRICTED DISSEMINATION
**Date of Birth:** SEE ADDENDUM – RESTRICTED DISSEMINATION
**Social Security Number:** SEE ADDENDUM – RESTRICTED DISSEMINATION
**Gender:** Male
**Race:** Caucasian
**Eye Color:** Brown
**Hair Color:** Brown
**Height:** 5 feet, 9 inches
**Weight:** 165 lbs.

**WHEREAS**, THE Court further finds that the Applicant has made the requisite showing of necessity for the Appointment by documenting that he operates a duly Licensed Private Security Services Business in this Jurisdiction; That the Appointee has complied with all required provisions of Virginia Code 19.2-13 by completing mandatory training at a Certified Training Academy (VA Code 19.2-13(B)(i)); Submitted Fingerprint Cards to the Department of Criminal Justice Services (DCJS) in accordance with 19.2-13(B)(ii) to be checked through State and Federal Records; Submitted to drug and alcohol screening; Provided the Court and DCJS Proof

of Financial Responsibility in accordance with 19.2-13(C)(i) in the amount of not less than $10,000; has successfully completed State Approved and Mandated Firearms Training and Certification relating to 19.2-13(F); and that following an Background Investigation by the Applicant, DCJS, and the Virginia State Police, that the Appointee appears to be of Good Moral and Ethical Character, and Well Qualified to serve as a Special Conservator of the Peace; it is hereby

**ORDERED**, Pursuant to the Code of the Commonwealth of Virginia 19.2-13, that, for a period of four (4) years from the date of this order, the Appointee shall be, and hereby is, appointed a Special Conservator of the Peace and Shall have and be entitled to all the powers, functions, duties, responsibilities and authority of any other Conservator of the Peace, for the Applicant within the County of Orange, Virginia, subject to the following provisions of this order, and it is further

**ORDERED** that, upon the termination of the Appointee's employment with the Applicant, the Appointee's appointment as Special Conservator of the Peace shall, as of the Date of termination of employment, shall be terminated without any further action by this Court, and shall be of no further force or effect; and it is further

**ORDERED**, that as the employer, Paradigm Investigations, Inc. Shall recover any and all copies of this order and surrender to, and make notification to this Court. Further, notifications are to be made to the Sheriff, DCJS, and the Virginia State Police. Should the appointee refuse to surrender the orders and any badge, the Sheriff is to be notified within Ten (10) days, and the Sheriff shall demand the instruments of the appointee; and it is further

**ORDERED**, that in the event that the Appointee is no longer covered by a surety bond or liability insurance policy coverage in the minimum amount required by law, the Appointee's appointment as a Conservator of the Peace shall be terminated without any further action by this

Court and shall be of no further force or effect, unless said bond is renewed within Ten (10) business days. At which time the order remains in effect; and it is further

**ORDERED**, That the powers of the Special Conservator of the Peace appointed herein shall be exercised only when the Appointee either (i) carries on his person a valid identification card, which shall state the inclusive dates of the Appointee's appointment as a Special Conservator of the Peace; (ii) wears or carries a badge which identifies him as a Special Conservator of the Peace, the title "Police" shall be authorized; and it is further

**ORDERED**, that the Appointee shall provide the Sheriff of Orange County. Virginia or his designee, with a photocopy of said card within 10 days of receipt of the card; and it is further

**ORDERED**, that pursuant to Article 4 (37.2-808 et seq.) of Chapter 8 of Title 37.2; and pursuant to Virginia Code 19.2-13; and pursuant to Title 18 USC 926B(c)(1), that the Appointee is designated as a "Qualified Law Enforcement Officer"; and is empowered with the authority to affect arrests, using up to the same amount of force as would be allowed to a law-enforcement officer employed by the Commonwealth or any of its political subdivisions when making a lawful arrest; The Department of State Police shall enter the person's name and other information into the Virginia Criminal Information Network established and maintained by the Department pursuant to Chapter 2 (§ 52-12 et seq.) of Title 52. The Department of State Police may charge a fee not to exceed $10 to cover its costs associated with processing these orders; and it is further

**ORDERED**, that the powers of Special Conservator of the Peace Appointed herein shall be exercised within the territorial limits of the County of Orange, Virginia; and it is further

**ORDERED**, pursuant to Virginia Code 46.2-1023, that the Appointee is authorized to operate vehicles equipped with a siren and flashing/rotating/strobing/oscillating Red or Red/White combination warning lights of a type approved by the Superintendent of State Police of the Commonwealth of Virginia. The use of Blue lights is expressly forbidden; and it is further

**ORDERED,** the Appointee Shall be considered to meet the requirements of a "Qualified Law Enforcement Officer" under 18 U.S.C. 926B(c)(1); and it is further

**ORDERED,** that the Appointee is authorized to carry firearms while acting within the course and scope of his employment and appointment as a Special Conservator of the Peace, so long as firearms certification is maintained; and it is further

**ORDERED,** that the appointee's Address, Date of Birth, and Social Security Number shall be kept from public view, and it is further

**ORDERED,** that the Appointee shall annually file with the Clerk of this Court, evidence of the Surety Bond or Liability Insurance coverage in the amount of TEN THOUSAND DOLLARS ($10,000) or more, as described in section 9 of the application submitted by the Appointee, which bond or insurance shall be conditioned upon the faithful performance by the Appointee of the duties and responsibilities of Special Conservator of the Peace for the entire period of the Appointee's appointment pursuant to this Order. This order shall be renewable within one hundred and twenty days prior to it's expiration date.

ENTERED THIS 8th DAY OF June, 2007.

_Daniel R. Bouton_
JUDGE,
CIRCUIT COURT OF ORANGE
COMMONWEALTH OF VIRGINIA

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

08 CRW 1441

THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:

NAME Ord, Robert    PDID# _____    DOB ▓▓▓1968    SEX Male

ADDRESS 153 63 Norman Rd. Culpeper Va. 22701

PERMIT # _____    ARREST # _____    ☐ DCTN#   DCP 225932    TAG # _____

on or about April 4, 2008

at 444 16th St., N.E. Washington, D.C.

POSSESSION OF UNREGISTERED FIREARM: did possess or control a firearm without holding a valid registration certificate for the firearm, in violation of D.C. Code § 7-2502.01 (a) (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

UNLAWFUL POSSESSION OF AMMUNITION: did possess ammunition without being the holder of a valid registration certificate for a firearm of the same gauge or caliber, in violation of D.C. Code § 7-2506.01 (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

POSSESSION OF UNREGISTERED FIREARM: did possess or control a firearm without holding a valid registration certificate for the firearm, in violation of D.C. Code § 7-2502.01 (a) (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

UNLAWFUL POSSESSION OF AMMUNITION: did possess ammunition without being the holder of a valid registration certificate for a firearm of the same gauge or caliber, in violation of D.C. Code § 7-2506.01 (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

DATE April 17, 2008

Assistant Attorney General
District of Columbia

COURT DATE _____

REPORTED BY Kimberly Marshall    DIST.# MPD    BADGE/ST. DII-190

COL. Arrest Warrant    LOCKUP # _____    WARRANT

CDL ☐    HAZMAT ☐    CMV ☐

A TRUE COPY
Clerk, Superior Court of the
District of Columbia
By _____
Deputy Clerk

W076133

# Superior Court of the District of Columbia
CRIMINAL DIVISION

08 CRW 1441

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.:

| DEFENDANT'S NAME: Ord, Robert | NICKNAME: | ALIASES: | CCN: 045-750 | PDID: |
|---|---|---|---|---|

| SEX: Male | RACE: White | DOB: ▓▓-▓▓-68 | HGT: 5'7 | WGT: 145 | EYES: Brown | HAIR: Black | COMPL: Light | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 15363 Norman Road Culpeper | TELEPHONE NUMBER: 540-547-4256 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: PO Box Culpeper, Virginia 22701 | TELEPHONE NUMBER: 540-547-9129 |
| COMPLAINANT'S NAME: Metropolitan Police Department | TELEPHONE NUMBER: 202-671-0500 |

| LOCATION OF OFFENSE: 444 16th Street, Northeast, Washington D.C. | DATE OF OFFENSE: 4-7-08 | TIME OF OFFENSE: 1045 hours |
|---|---|---|

### CAUTION AND MEDICAL CONDITIONS (CMC)
Select a valid CMC code below for wanted person when using the caution indicator.

- __ 00 = Armed and Dangerous
- __ 05 = Violent Tendencies
- __ 10 = Martial Arts Expert
- __ 15 = Explosive Expertise
- __ 20 = Known to abuse drugs
- __ 25 = Escape Risk
- __ 30 = Sexually Violent Predator
- __ 50 = Heart Condition
- __ 55 = Alcoholic
- __ 60 = Allergies
- __ 65 = Epilepsy
- __ 70 = Suicidal
- __ 80 = Medication Required
- __ 85 = Hemophiliac
- __ 90 = Diabetic
- __ 01 = Other

### GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

On Friday April 4, 2008, the defendant Robert Ord, the owner of Falken Industries faxed a letter to The Security Officers Management Branch (SOMB) requesting a uniform waiver for a security detail at CDI Head Start School located at 444 16th Street, Northeast, Washington D.C. The defendant, requested that his security personnel be authorized to work security in plain clothes and use semi automatic pistols. The defendant included a weapons list, which indicated his agency has (10) ten Glock .40 machine pistol, (1) one Sig 9MM machine pistol, (1) one S & W 9 MM machine pistol, (1) one Kimber .45 machine pistol, (1) one Walter .40 machine pistol and (7) seven .38 revolvers. The machine pistols listed in the letter are illegal in the District of Columbia and this request by the defendant was denied. This letter also stated that the above firearms were registered with SOMB. All of these weapons were run through the WALES/NCIC and none of the above firearms are registered in the District of Columbia.

AFFIANT'S SIGNATURE: x _____

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
Robert Ord
Charge With: Unreg Firearm x2 and Unreg. Ammo x2

ASSISTANT ~~UNITED STATES~~ ATTORNEY General

SUBSCRIBED AND SWORN BEFORE ME THIS 17 DAY OF April 20 08
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050          Revision Date: 11-29-06

# Superior Court of the District of Columbia
### CRIMINAL DIVISION

08 CRW 1441

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.:

| DEFENDANT'S NAME: Ord, Robert | NICKNAME: | ALIASES: | CCN: 045-750 | PDID: |
|---|---|---|---|---|

| SEX: Male | RACE: White | DOB: ~~11-23~~68 | HGT: 5'7 | WGT: 145 | EYES: Brown | HAIR: Black | COMPL: Light | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 15363 Norman Road Culpeper | TELEPHONE NUMBER: 540-547-4256 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: PO Box Culpeper, Virginia 22701 | TELEPHONE NUMBER: 540-547-9129 |
| COMPLAINANT'S NAME: Metropolitan Police Department | TELEPHONE NUMBER: 202-671-0500 |

| LOCATION OF OFFENSE: 444 16th Street, Northeast, Washington D.C. | DATE OF OFFENSE: 4-7-08 | TIME OF OFFENSE: 1045 hours |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 20 = Known to abuse drugs
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 60 = Allergies
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 90 = Diabetic
- 01 = Other

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On Monday, April 7, 2008, members of SOMB Enforcement Unit conducted a routine site inspection of the CID Head Start School located at 444 16th Street Northeast, Washington D.C. The Enforcement Unit approached the front entrance of the school and met two Security Officers standing in the front of the location. This writer observed that one of the security officers was armed with a handgun. The security officers were identified as Gregory Harris and Gavin Wagemen. Mr. Harris was in possession of .38 revolver with the serial number AN464464 and Mr. Wagemen was in possession of a Kimber .45 machine pistol with a serial number of KCO4308. Mr. Harris and Mr. Wageman were both placed under arrest and charged with Carrying a Pistol without a License. Both of the recovered weapons were listed on the letter sent to SOMB from Falken Industries. This letter was signed by the owner of Falken Industries Robert Ord, President. Mr. Harris' weapon was loaded with .38 caliber ammunition and Mr. Wageman's weapon was loaded with .45 caliber ammunition.

AFFIANT'S SIGNATURE: x [signature]

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR: Robert Ord

Charge With: Unreg Firearm x2 and unreg Ammo x2

ASSISTANT ~~UNITED STATES~~ ATTORNEY GENERAL

SUBSCRIBED AND SWORN BEFORE ME THIS 17 DAY OF April 20 08

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                Revision Date: 11-29-06

# Superior Court of the District of Columbia
CRIMINAL DIVISION

D8 CRW 1441

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.:

| DEFENDANT'S NAME: Ord, Robert | NICKNAME: | ALIASES: | CCN: 045-750 | PDID: |
|---|---|---|---|---|

| SEX: Male | RACE: White | DOB: ##-##-68 | HGT: 5'7 | WGT: 145 | EYES: Brown | HAIR: Black | COMPL: Light | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 15363 Norman Road Culpeper | TELEPHONE NUMBER: 540-547-4256 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: PO Box Culpeper, Virginia 22701 | TELEPHONE NUMBER: 540-547-9129 |
| COMPLAINANT'S NAME: Metropolitan Police Department | TELEPHONE NUMBER: 202-671-0500 |

| LOCATION OF OFFENSE: 444 16th Street, Northeast, Washington D.C. | DATE OF OFFENSE: 4-7-08 | TIME OF OFFENSE: 1045 hours |
|---|---|---|

### CAUTION AND MEDICAL CONDITIONS (CMC)
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 20 = Known to abuse drugs
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 60 = Allergies
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 90 = Diabetic
- 01 = Other

### GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

The contract for the aforementioned location was initiated on April 1, 2008, between CDI Incorporated the "Customer" and Falken Industries LLC, that is owned by Robert Ord. In addition, Falken Industries LLC, is to provide security officer services to the customer at the times specified within the contract. Mr. Harris and Mr. Wageman were working as armed security at CDI head start at the direction of the Defendant, who acknowledged ownership of the unregistered and illegal firearms by way of written correspondence.

Based on the aforementioned facts and circumstances the affiant respectfully request that a D.C. Superior Court Judge issue an arrest warrant for the above defendant.

AFFIANT'S SIGNATURE:
x [signature]

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
Robert Ord
Charge With: Unreg Firearm x 2 and Unreg Ammo x 2
[signature]
ASSISTANT UNITED STATES ATTORNEY GENERAL

SUBSCRIBED AND SWORN BEFORE ME THIS
17 DAY OF April 20 08
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050   Revision Date: 11-29-06

## AFFIDAVIT

08 CRW 1441

Personally appeared ___Detective Kimberly Marshall___
this __17th__ day of ___April___, 20 __08__, and made oath before me that the facts set forth in the pleading on the reverse hereof are true, and those stated upon the information received he believes to be true.

_____EMyrs_____
Assistant Attorney General, D.C.

## WARRANT

Warrant # _____
DISTRICT OF COLUMBIA ss:
TO: Chief of Police, District of Columbia
Complaint having been made, and affidavit in support thereof set forth above, there appears probable cause and reasonable grounds for the issuance of a warrant of arrest for

___Robert Ord___

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE THE SUPERIOR COURT OF THE DISTIRCT OF COLUMBIA FORTH WITH TO ANSWER SAID CHARGE.

_____
, Superior Court of the District of Columbia
4/17/08

### CEPI
(Officer must execute)

Collateral posted $ _____
Date posted _____
District at which posted _____
Remarks _____

_____        _____
Officer's Badge #           Officer's Signature