UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT L. ORD,**<br><br>  Plaintiff,<br><br>  v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>  Defendant. | Civil Action No. 08-704 (JDB) |

### ORDER

Upon careful consideration of [3] plaintiff's motion for a preliminary injunction, [7] defendant's motion to dismiss, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the accompanying Memorandum Opinion issued herewith, it is hereby

**ORDERED** that [7] defendant's motion to dismiss is **GRANTED**; and it is further

**ORDERED** that [3] plaintiff's motion for a preliminary injunction is **DENIED**.

**SO ORDERED**.

                                                            /s/
                                                    JOHN D. BATES
                                               United States District Judge

Dated:  August 29, 2008