# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ROBERT L. ORD**

                    **Plaintiff**

**v.**

**DISTRICT OF COLUMBIA**

                    **Defendant**

**Case Number
1:08-CV-00704**

**Judge John D. Bates**

## NOTICE OF APPEAL

The Plaintiff, by counsel, makes notice of his appeal of the August 29, 2008

summary dismissal of the above-captioned case by this Court.

Respectfully submitted, this fourth day of September, 2008,

Matthew August LeFande
DC Bar #475995
4585 North 25th Road
Arlington VA 22207
Tel: (202) 657-5800
Fax: (202)318-8019
email: matt@lefande.com
Attorney for the Plaintiff

**RECEIVED**

SEP - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Certificate of Service**

I hereby certify that I served the Defendant's Counsel listed below with a true and complete copy of the foregoing Notice of Appeal, via United States Postal Service First Class Mail, postage prepaid, this fourth day of September, 2008.

Andrew Saindon, Esquire
Assistant Attorney General
Civil Litigation Division
Equity I Section
441 Fourth Street, 6th fl South
Washington DC 20001

Matthew LeFande